IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHARLES SAMPSON, SR.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**OREGON DEPARTMENT OF CORRECTION,** an agency of the State of Oregon; **JERRY BECKER; REED PAULSON; WILLIAM STRAUSS**,<br><br>    Defendants. | Case No. 6:21-cv-01262-IM<br><br>**JUDGMENT** |

Based on the Court's Opinion and Order, ECF 38, IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss, ECF 34, is GRANTED, and this case is DISMISSED with prejudice.

DATED this 18th day of January, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 1 – JUDGMENT