**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CHARLES SAMPSON, SR.**, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON DEPARTMENT OF CORRECTION**, an agency of the State of Oregon; **JERRY BECKER; REED PAULSON;** and **WILLIAM STRAUSS;** <br><br> Defendants. | No. 23-35045 <br><br> Case No. 6:21-cv-1262-IM <br><br> **AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

The plaintiff Charles Sampson, Sr. appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment filed in this case, which was entered on December 19, 2022 (entered as an Order and Opinion), in the U.S. District Court for the District of Oregon. [ECF 38], as well the judgment entered January 19, 2023 [ECF 41].

PAGE 1 – **AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 SW Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249

Dated: January 20, 2023

                                          **Law Offices of Daniel Snyder**

                                          *s/ John David Burgess*
                                          John David Burgess, OSB 106498
                                          johnburgess@lawofficeofdanielsnyder.com
                                          Carl Post, OSB No. 06105
                                          carlpost@lawofficeofdanielsnyder.com
                                          Tel: (503) 241-3617 / Fax: (503) 241-2249
                                          Attorneys for Plaintiff

PAGE 2 – **AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 SW Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249