UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES SAMPSON, Sr.,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, an agency of the State of Oregon; et al.,<br><br>    Defendants - Appellees. | No. 23-35045<br><br>D.C. No. 6:21-cv-01262-IM<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

The judgment of this Court, entered December 22, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT