ELLEN F. ROSENBLUM
Attorney General
NATHANIEL AGGREY  #172283
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathaniel.Aggrey@doj.state.or.us

Attorneys for Defendants Dr. Reed Paulson, Dr. William Strauss, and Dr. Jerry Becker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES SAMPSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> JERRY BECKER; REED PAULSON; and WILLIAM STRAUSS, <br><br> Defendants. | Case No.  6:21-cv-01262-IM <br><br> **JOINT MOTION SETTING CASE MANAGEMENT DEADLINES** |

Pursuant to LR 7-1(a), counsel for state defendants certifies that he conferred with John Burgess, plaintiff counsel, who does not oppose this motion.

Pursuant to Fed. R. Civ. P. 6(b), the parties move the Court to adopt the case management deadlines as follows:

- Close of Fact Discovery ..........................July 30, 2024.

- File All Pleadings and Join All Claims....July 30, 2024.

- Expert Discovery Completed ..................November 30, 2024.

Page 1 -   JOINT MOTION SETTING CASE MANAGEMENT DEADLINES
          NA3/ls8/954817252

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

- Dispositive Motion Deadline ...................December 30, 2024.

- Joint ADR Report 30 days after Court's ruling on dispositive motions.

- Proposed Pre-trial Order 30 days after Court's ruling on dispositive motions.

This unopposed motion is supported by the declaration of Nathaniel Aggrey filed herewith.

DATED February  20 , 2024.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General


    *s/ Nathaniel Aggrey*
    NATHANIEL AGGREY #172283
    Assistant Attorney General
    Trial Attorney
    Tel (503) 947-4700
    Fax (503) 947-4791
    Nathaniel.Aggrey@doj.state.or.us
    Of Attorneys for Defendants

Page 2 -    JOINT MOTION SETTING CASE MANAGEMENT DEADLINES
NA3/ls8/954817252
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791