**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
  Of Attorneys for Plaintiff

## IN THE UNITED STATES DISCTRICT COURT

## IN THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES SAMPSON, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON DEPARTMENT OF CORRECTION, an agency of the State of Oregon; WILLAMETTE SURGERY CENTER, LLC; JERRY BECKER; REED PAULSON; and WILLIAM STRAUSS,<br><br>    Defendants. | Case No. 6:21-cv-1262-IM<br><br>**PLAINTIFF'S CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE** |

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

  [Signature page follows]

[Rev. 01/2018]

Dated: September 8, 2021

                                            <u>s/ John Burgess</u>
                                            John Burgess, Oregon Bar No. 106498
                                            johnburgess@lawofficeofdanielsnyder.com
                                            Law Office of Daniel Snyder
                                            1000 SW Broadway, Suite 2400
                                            Portland OR 97205
                                            Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**CHARLES SAMPSON, SR**  Case No.: 6:21-cv-01262-IM
    Plaintiff,

v.

**OREGON DEPARTMENT OF CORRECTIONS,**
**et al.**
    Defendant.

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** September 16, 2021

**Signature:** s/ Nathaniel Aggrey

**Name and OSB ID:** Nathaniel Aggrey #172283

**E-mail Address:** Nathaniel.Aggrey@doj.state.or.us

**Firm Name:** DOJ Trial Division, CLS

**Mailing Address:** 1162 Court Street NE

**City, State, Zip:** Salem, OR  97301-4096

**Parties Represented:** Oregon Department of Corrections, Dr. Reed Paulson, Dr. William Strauss, and Dr. Jerry Beck

# CERTIFICATE OF SERVICE

I certify that on September  16 , 2021, I served the foregoing CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| John D. Burgess | ___ HAND DELIVERY |
| Law Offices of Daniel Snyder | ___ MAIL DELIVERY |
| 1000 SW Broadway | ___ OVERNIGHT MAIL |
| Suite 2400 | ___ TELECOPY (FAX) |
| Portland, OR 97205 | ___ E-MAIL johnburgess@lawofficeofdanielsnyder.com; carlpost@lawofficeofdanielsnyder.com |
|     Attorneys for Plaintiff | _x_ E-SERVE |
| | |
| Willamette Surgery Center, LLC | ___ HAND DELIVERY |
| Attn: Stephen Yao, Registered Agent | _x_ MAIL DELIVERY |
| 1445 State Street | ___ OVERNIGHT MAIL |
| Salem, OR  97301 | ___ TELECOPY (FAX) |
|     Defendant Pro Se | ___ E-MAIL |
| | ___ E-SERVE |

          *s/ Nathaniel Aggrey*
NATHANIEL AGGREY #172283
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Nathaniel.Aggrey@doj.state.or.us
Of Attorneys for Defendants Oregon
    Department of Corrections, Dr. Reed
    Paulson, Dr. William Strauss, and Dr.
    Jerry Becker

Page 1 -   CERTIFICATE OF SERVICE
NA3/cbh/44420800

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHARLES SAMPSON, SR**
    Plaintiff,

v.

**OREGON DEPARTMENT OF CORRECTIONS,**
et al.
    Defendant.

Case No.: 6:21-cv-01262-IM

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** February 20, 2024

| | |
|---:|:---|
| **Signature:** | s/ Nathaniel Aggrey |
| **Name and OSB ID:** | Nathaniel Aggrey #172283 |
| **E-mail Address:** | Nathaniel.Aggrey@doj.state.or.us |
| **Firm Name:** | DOJ Trial Division, CLS |
| **Mailing Address:** | 1162 Court Street NE |
| **City, State, Zip:** | Salem, OR 97301-4096 |
| **Parties Represented:** | Oregon Department of Corrections, Dr. Reed Paulson, Dr. William Strauss, and Dr. Jerry Beck |